```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 11000
    EMILY M PEREZ
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-5813


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 04/30/2008 and was not confirmed.

     The case was dismissed without confirmation 07/30/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
KEITH S SHINDLER           SECURED              2000.00         .00            .00
KEITH S SHINDLER           UNSECURED          NOT FILED         .00            .00
AMERICAS FINANCIAL CHOIC   UNSECURED             1075.51        .00            .00
TCF FINANCIAL SERVICES     UNSECURED          NOT FILED         .00            .00
TCF FINANCIAL SERVICES     UNSECURED          NOT FILED         .00            .00
AMERICAS FINANCIAL CHOIC   UNSECURED          NOT FILED         .00            .00
BAXTER CREDIT UNION        UNSECURED              681.76        .00            .00
B-REAL LLC                 UNSECURED              643.01        .00            .00
DIRECT TV                  UNSECURED          NOT FILED         .00            .00
CITY OF CHICAGO PARKING    UNSECURED          NOT FILED         .00            .00
FIRST BANK OF DELAWARE     UNSECURED          NOT FILED         .00            .00
SPRINT PCS                 UNSECURED          NOT FILED         .00            .00
JOHN S WEITZNER            UNSECURED          NOT FILED         .00            .00
FORD MOTOR CREDIT          UNSECURED             7640.71        .00            .00
GEMB/PEACH DIRECT          UNSECURED          NOT FILED         .00            .00
LCA COLLECTOINS            UNSECURED          NOT FILED         .00            .00
RUSH PRESBYTERIAN EMERG    UNSECURED          NOT FILED         .00            .00
RUSH PRESBYTERIAN EMERG    NOTICE ONLY       NOT FILED         .00            .00
RUSH UNIVERSITY            UNSECURED          NOT FILED         .00            .00
RUSH UNIVERSITY MED CENT   UNSECURED          NOT FILED         .00            .00
ERNESTO D BORGES JR        DEBTOR ATTY             .00                         .00
TOM VAUGHN                 TRUSTEE                                             .00
DEBTOR REFUND              REFUND                                              .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 11000 EMILY M PEREZ
```

```
DEBTOR REFUND                                                              .00
                                        ---------------    ---------------
TOTALS                                              .00                    .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
     Dated: 10/29/08                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE